■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE BROWN, Appellant. [788 NYS2d 614]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered November 1, 2001, convicting him of criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). H. Miller, J.P., S. Miller, Goldstein, Mastro and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLYLE DALE, Appellant. [788 NYS2d 613]—

Appeal by the defendant from a judgment of the County Court, Nassau County (Calabrese, J.), rendered April 18, 2000, convicting him of attempted assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea should be vacated because he was not adequately advised that he would be subject to a term of postrelease supervision (*see* Penal Law § 70.45) is unpreserved for appellate review (*see e.g. People v Russell,* 7 AD3d 818 [2004]; *People v Miller,* 1 AD3d 613 [2003]; *People v Melio,* 304 AD2d 247 [2003]; *cf. People v Lindsey,* 302 AD2d 128, 131 n 2 [2003]), and, in any event, is without merit (*see e.g. People v Wronka,* 6 AD3d 735 [2004]; *People v Cruz,* 305 AD2d 424 [2003]). Moreover, the failure of the County Court to specify the term of postrelease supervision at the time of sentence does not warrant vacatur of the plea (*see e.g. People v Boyce,* 12 AD3d 728 [2004]; *Matter of Deal v Goord,* 8 AD3d 769 [2004]; *People v Hollenbach,* 307 AD2d 776 [2003]; *People v Crump,* 302 AD2d 901 [2003]; *People v Thweatt,* 300 AD2d 1100 [2002]; *People v White,* 296 AD2d 867 [2002]). H. Miller, J.P., Santucci, Spolzino and Skelos, JJ., concur.